MN, ND-305
(5/94)



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Justin R. Halverson and Kimdra S. Halverson

Chapter 7 Case No. 10-41647

Please Check One:

_____    Unclaimed Dividends

\_\_✓\_\_    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| South Lake Pediatrics<br>17705 Hutchins Drive, Suite 101<br>Minnetonka, MN 55345 | 2 | 20.00 | .05 |
| University of Minnesota<br>P.O. Box 88<br>Minneapolis, MN 55440-0088 | 3 | 1,500.00 | 3.66 |
| Affinity Plus FCU<br>c/o Messerli & Kramer<br>3033 Campus Drive, Suite 250<br>Plymouth, MN 55441 | 10 | 583.64 | 1.42 |

=5.13

Dated: June 27, 2011

Randall L. Seaver, Trustee

RECEIVED
11 JUN 28  AM 9: 20
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

June 28, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:    Justin R. Halverson and Kimdra S. Halverson
       BKY No. 10-41647

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5.
Also enclosed is an estate check in the amount of $5.13 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
rlseaver@fullerseaverramette.com

RLS:klf
Enclosure
cc:    United States Trustee

RECEIVED
11 JUN 28 AM 9: 20
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN